ANNA GEILS, Appellant, *v.* WILLIAM H. BEADLESTON et al., Respondents.

(Argued June 10, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made the second Monday of December, 1887, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Donald F. Ayres*, for appellant.

*Samuel Untermeyer*, for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____